UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11458
_____

GEMMY INDUSTRIES CORPORATION,

Plaintiff-Appellant,

v.

ALLIANCE GENERAL INDUSTRIES COMPANY;
AMERICAN EQUITY INSURANCE COMPANY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:98-CV-14-BD)
_____

November 5, 1999

Before KING, Chief Judge, and REYNALDO G. GARZA and EMILIO M.
GARZA, Circuit Judges.

PER CURIAM:[*]

Plaintiff-appellant Gemmy Industries Corporation does not
dispute that its notices to defendants were untimely. We are
persuaded that the district court correctly concluded that the
failure to give timely notice would preclude coverage of the
alleged advertising injury claim under the policies without
regard to whether defendants were prejudiced by the untimely
notice. Having so concluded, we need not address the question

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

whether there is coverage under the advertising injury provision of the policies.  The judgment of the district court is

AFFIRMED.